UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Ghanim Bedaiwi Aljobori, et al.,<br><br>   Plaintiff(s),<br><br>vs.<br><br>Emilio Gonzalez, et al.<br><br>   Defendant(s). | C07-558JLR<br>MINUTE ORDER |

The following Minute Order is made by direction of the Clerk of Court, Bruce Rifkin:

  Pursuant to the Amended General Order entered by the Chief Judge on November 3, 2004 regarding consent to proceed before the Magistrate Judge, this action has been reassigned to the **Honorable James L. Robart**, United States District Court Judge. All future documents filed in this case must bear the cause number **C07-558JLR** and bear the Judge's name in the upper right hand corner of the document.

           Dated this  6th  day of  June  , 2007.
           Bruce Rifkin, Clerk of Court

           By *Judith A. Thomas*
           Judith A. Thomas, Deputy Clerk